MICHAEL J. SEXTON, SBN 153435
michael.sexton@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
Park Tower, Suite 1500
695 Town Center Drive
Costa Mesa, CA  92626
Tel.:  714.800.7900 / Fax:  714.754.1298

JAMES T. CONLEY, SBN 224174
james.conley@ogletree.com
JILL L. SCHUBERT, SBN 305252
jill.schubert@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA  95814
Tel.:  916.840.3150 / Fax:  916.840.3159

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

NATALIA D. ASBILL-BEAROR, SBN 281860
natalia@perkinsasbill.com
ROBIN K. PERKINS, SBN 131252
robin@perkinsasbill.com
PERKINS ASBILL, APLC
300 Capitol Mall, Suite 1800
Sacramento, CA 95814
Tel:  916.446.2000 / Fax:  916.447.8606

Attorneys for Plaintiff
ROXANNE NUNEZ

**UNITED STATES DISTRICT COURT**

**EASTEN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| ROXANNE NUNEZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>HOME DEPOT U.S.A., INC., a Delaware Corporation,<br><br>    Defendant. | Case No. 2:19-CV-01869-TLN-CKD<br><br>**STIPULATION AND ORDER TO MODIFY INITIAL PRE-TRIAL SCHEDULING ORDER (DOC. 3)** |

////

////

1   Plaintiff Roxanne Nunez ("Plaintiff"), together with Defendant Home Depot U.S.A., Inc.,
2  ("Defendant") (collectively the "Parties") agree as follows:
3   WHEREAS, Plaintiff filed the Complaint in this matter on September 17, 2019;
4   WHEREAS, on September 18, 2019 the Court issued an Initial Pretrial Scheduling Order
5  ordering the Parties to complete non-expert discovery within 250 days of the date upon which the
6  last Answer might be filed with the court;
7   WHEREAS, on October 9, 2019, the Parties stipulated, pursuant to Eastern District of
8  California Local Rule 144(a), to extend the time for Defendant to respond to Plaintiff's complaint
9  to October 23, 2019;
10   WHEREAS, on October 22, 2019, Defendant filed an Answer to Plaintiff's Complaint;
11   WHEREAS, on December 5, 2019, the Parties filed a Joint Status Report, pursuant to
12  Federal Rules of Civil Procedure, Rule 26(f), agreeing to stay discovery pending referral to the
13  Court's Voluntary Dispute Resolution Program (VDRP);
14   WHEREAS, on December 5, 2019, the Court referred this case to VDRP;
15   WHEREAS, on January 8, 2020, with the consent of the Parties, the VDRP Administrator
16  appointed Kristin Bohm as the VDRP neutral;
17   WHEREAS, on January 17, 2020, Ms. Bohm disclosed a potential conflict of interest, and
18  Plaintiff withdrew her consent to have Ms. Bohm serve as the VDRP neutral;
19   WHEREAS, on February 7, 2020, with the consent of the Parties, the VDRP Administrator
20  appointed Sanford Kingsley as the VDRP neutral;
21   WHEREAS, the Parties scheduled mediation with Sanford Kingsley on May 6, 2020;
22   WHEREAS, the Parties had to cancel the mediation on May 6, 2020 due to various stay-at-
23  home orders associated with the coronavirus outbreak;
24   WHEREAS, the Parties plan to reschedule mediation once stay-at-home orders are lifted;
25   WHEREAS, the deadline to complete discovery in this case is currently scheduled for June
26  19, 2020;
27  ////
28  ////

1  WHEREAS, the Parties agree that there is good cause to extend the deadline to complete
2  discovery for the following reasons: (1) the Parties agreed to stay discovery pending VDRP in
3  good faith because they believe early resolution of this matter is more likely if the Parties have not
4  expended substantial resources on discovery, and (2) the Parties have diligently pursued scheduling
5  and participation in VDRP mediation, and (3) the Parties have experienced unforeseen delays in
6  the VDRP process due to disqualification of the first VDRP neutral, the impacted schedule of the
7  current VDRP neutral, and the coronavirus outbreak;
8  WHEREAS, there has been no previous modification of the Scheduling Order in this
9  action;
10 WHEREAS, the Parties are making this request as soon as reasonably practicable once the
11 Parties realized the necessity of the extension based on the circumstances identified above;
12 WHEREAS, both Parties will suffer significant prejudice if discovery is not extended,
13 because neither Party will have sufficient time following completion of VDRP to conduct
14 discovery necessary for dispositive motions or trial;
15 WHEREAS, the Parties agree that neither Party will suffer any prejudice if the Court
16 extends discovery as requested;
17 WHEREAS, the Parties agree that the interests of justice are best served by an extension of
18 discovery and all related deadlines so that the Parties have sufficient time to participate in VDRP
19 mediation and, if necessary, thereafter complete essential discovery and prepare for trial;
20 THEREFORE, the Parties hereby stipulate and agree as follows:
21 1.   The time to complete non-expert discovery shall be extended 270 days to March 16,
22 2021; and
23 2.   All related deadlines previously set in the Initial Pretrial Scheduling Order shall be
24 continued based on the extended time to complete non-expert discovery as follows:
25   a.   Expert witness disclosure to be completed by May 17, 2021;
26   b.   Supplemental expert witness disclosure to be completed by June 16, 2021;
27   c.   Supplemental disclosures and responses to be completed by August 13, 2021;
28 and

1     d.    Dispositive motions to be filed by September 13, 2021;

2    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

4 DATED: April 27, 2020        OGLETREE, DEAKINS, NASH,
                   SMOAK & STEWART, P.C.

By:   */s/ Jill L. Schubert*
    Michael J. Sexton
    James T. Conley
    Jill L. Schubert

    Attorneys for Defendant
    HOME DEPOT U.S.A., INC.

DATED: April 27, 2020        PERKINS ASBILL, APLC

By*:*   */s/ Natalia D. Asbill-Bearor*
    Natalia D. Asbill-Bearor
    Robin K. Perkins

    Attorneys for Plaintiff
    ROXANNE NUNEZ

## **ATTESTATION**

Concurrence in the filing of this document has been obtained from the individual whose electronic signature is attributed above.

DATED: April 27, 2020        OGLETREE, DEAKINS, NASH,
                   SMOAK & STEWART, P.C.

By:   */s/ Jill L. Schubert*
    Michael J. Sexton
    James T. Conley
    Jill L. Schubert

    Attorneys for Defendant
    HOME DEPOT U.S.A., INC.

**ORDER**

The Court has reviewed the Stipulation to Modify the Initial Pre-Trial Scheduling Order and amends the Order as follows:

1. The time to complete non-expert discovery is extended 270 days to March 16, 2021;
2. Expert witness disclosure shall be completed by May 17, 2021;
3. Supplemental expert witness disclosure shall be completed by June 16, 2021;
4. Supplemental disclosures and responses shall be completed by August 13, 2021; and
5. Dispositive motions shall be filed by September 13, 2021.

**IT IS SO ORDERED.**

DATED: April 27, 2020

Troy L. Nunley
United States District Judge